# United States Court of Appeals
## For the First Circuit

No. 16-1285

IN RE: RICHARD D. CRAWFORD

Debtor,

PREMIER CAPITAL, LLC,

Plaintiff, Appellee,

v.

RICHARD D. CRAWFORD,

Defendant, Appellant.

Before
Thompson and Barron, <u>Circuit Judges</u>,
and McConnell,[*] <u>District Judge</u>.

**ORDER OF COURT**

Entered: October 25, 2016

The October 24, 2016 opinion of this court is withdrawn as it issued in error, and the judgment of even date is vacated.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Hon. Leo T. Sorokin
Robert M. Farrell, Clerk, United States District Court for the District of Massachusetts
Mark S. Furman
Emily Clair Shanahan
John David Finnegan
Thomas H. Curran
Peter Antonelli
Douglass C. Lawrence

---

[*] Of the District of Rhode Island, sitting by designation.